UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THELMA CURTIS,                                                    Civil No. 2:08-cv-12367

       Plaintiff,                                              HON. PATRICK J. DUGGAN

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT and
MICHAELSON, CONNOR & BOUL, INC.,

       Defendants.
_____/

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff and Defendants, by and through the undersigned, stipulate to the entry of an order dismissing the above-captioned case with prejudice.

| JEROME D. GOLDBERG | TERRENCE BERG |
|---|---|
|  | Acting United States Attorney |
| *s/Jerome D. Goldberg (w/ consent)* | *s/Steven P. Cares* |
| JEROME D. GOLDBERG (P61678) | STEVEN P. CARES (P68503) |
| Attorney for Plaintiff | Assistant United States Attorney |
| 2920 East Jefferson, Suite 101 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48207 | Detroit, MI 48226 |
| Phone: (313) 393-6005 | Phone: (313) 226-9139 |
| E-mail: apclawyer@sbcglobal.net | E-mail: steven.cares@usdoj.gov |
|  | PAUL H. HUTH |
|  | *s/Paul H. Huth (w/ consent)* |
|  | PAUL H. HUTH (P31986) |
|  | Attorney for Defendants |
|  | 4300 Penobscot Building |
|  | 645 Griswold Street |
|  | Detroit, MI 48226 |
|  | E-mail: huthlaw@hotmail.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THELMA CURTIS,  Civil No. 2:08-cv-12367

    Plaintiff,  HON. PATRICK J. DUGGAN

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT and
MICHAELSON, CONNOR & BOUL, INC.,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

In light of the foregoing stipulation, it is hereby ordered that this case be dismissed with prejudice.

**IT IS SO ORDERED**.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager